IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MOHAMMAD SALAUDDIN SARKER (TDCJ No. 2155705; A No. 205459295) Petitioner, V. BRYAN COLLIER, ET AL., Respondents. | § § § § § § § § § § § | No. 3:19-cv-1353-N-BN |

## ORDER TRANSFERRING CASE

Petitioner Mohammad Salauddin Sarker, in custody at the Montgomery Processing Center, an ICE facility, filed a pro se petition under 28 U.S.C. § 2254 for a writ of habeas corpus, challenging a 2017 conviction in Erath County, Texas for evading arrest or detention with a motor vehicle. *See* Dkt. Nos. 3 & 4. After reviewing the petition, United States Magistrate Judge David L. Horan entered findings of fact and conclusions of law recommending that this case be transferred to the Fort Worth Division of the district, in which Erath County is located [Dkt. No. 5] (the "FCR"). The same day, Sarker filed an emergency motion to expedite the Court's consideration of his habeas application, citing his probably imminent deportation. *See* Dkt. No. 6.

After an independent review of the FCR, the Court finds Judge Horan's conclusion that venue is more proper in the Fort Worth Division to be correct. And, in light of Sarker's motion to expedite, the Court further finds that an immediate transfer to that division to be in the interest of justice.

The Court therefore ACCEPTS the FCR and TRANSFERS this action to the Fort Worth Division of the Northern District of Texas.

SO ORDERED this 12th day of June, 2019.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE